EASTMAN MACHINE COMPANY, Respondent, v. JOSEPH ZUCK and Another, Appellants.— Order affirmed, with ten dollars and disbursements. All concurred.

In the Matter of the Estate of ANNA MASLOSKA, Deceased. VALENTINE MACIOL, as Administrator, etc., Appellant; ALEXANDER DE NUBER, Consul-General of Austria-Hungary at the Port of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

DANIEL F. STROBEL, Respondent, v. FIRMAN OUDERKIRK and Another, Appellants:— Motion to dismiss appeal denied, without costs. Order affirmed, with ten dollars costs and disbursements. Held, that as the appeal from the order was submitted at the same time the motion made by the defendants for relief from the effect of the receipt of the costs was heard, and we think the order should be affirmed, we deny the motion, without passing on the merits of the motion. All concurred.

CATHRINE A. GREENWOOD, as Sole Administratrix, etc., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

TOMASO D'ASTOLI, Respondent, v. FRANCESCA COLLIA and Others, Appellants.— Judgment affirmed, with costs. All concurred.

CHARLES E. WILLETT, Appellant, v. JOHN W. BEARD, Respondent.— Order affirmed, with costs. All concurred.

NELLIE M. CAMPBELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs. Judgment and order denying motion for new trial upon the minutes affirmed, with costs. All concurred.

HENRY T. CAMPBELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs. Judgment and order denying motion for new trial upon the minutes affirmed, with costs. All concurred.

MARY J. ESSER, Respondent, v. THE HUNTER-TUPPEN COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

GUS G. BUSE, Appellant, v. NATIONAL BEN FRANKLIN INSURANCE COMPANY, Respondent. GUS G. BUSE, Appellant, v. NORTHWESTERN NATIONAL INSURANCE COMPANY, Respondent. GUS G. BUSE, Appellant, v. MILLERS NATIONAL INSURANCE COMPANY, Appellant.— Motion to amend order of affirmance in relation to costs denied.

WILLIAM J. WITTMAN, Respondent, v. DUROLITHIC COMPANY, Appellant, and JAMES G. DAVIS, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.